UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL POLANCO,

          Plaintiff,

- against -

WPP GROUP USA, INC., ET AL.,

          Defendants.

24-cv-9548 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed on the telephone conference held today, the defendants shall file their motion to dismiss by **May 2, 2025**. The plaintiff shall respond by **May 23, 2025**. The defendants may reply by **June 9, 2025**.

SO ORDERED.

Dated: New York, New York
       April 8, 2025

_____
John G. Koeltl
United States District Judge