UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAEL POLANCO, ET AL.,

               Plaintiffs,

   - against -

WPP GROUP USA, INC., ET AL.,

              Defendants.

24-cv-9548 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on the defendants' motion to dismiss on **October 20, 2025, at 3:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
            October 6, 2025

                                                John G. Koeltl
                                       United States District Judge