UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

RAFAEL POLANCO, ET AL.,

                     Plaintiffs,

        - against -

WPP GROUP USA, INC., ET AL.,

                    Defendants.

———————————————————————

24-cv-9548 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on the defendants' motion to dismiss the amended complaint on **Tuesday, April 7, 2026, at 3:30 p.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.
Dated:   New York, New York
         March 25, 2026

                                 John G. Koeltl
                    United States District Judge