**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 RAFAEL POLANCO, ET AL.,

                        Plaintiffs,

        -against-                                24 **CIVIL** 9548 (JGK)

                                            **JUDGMENT**

WPP GROUP USA, INC., ET AL .,

                        Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated April 22, 2026, the defendants' motion to dismiss the FAC in its entirety is granted. Count I (breach of the duty of prudence regarding allocation of forfeited Plan assets) and Count II (breach of the duty to monitor) are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      April 24, 2026

                                    **TAMMI M. HELLWIG**
                                    _____
                                      **Clerk of Court**

                   **BY:**    _____
                                  **Deputy Clerk**